## WALTER AND WALTER, TRUSTEE, *v.* SWANK.

[No. 13,127. Filed February 24, 1928. Rehearing denied June 8, 1928. Transfer denied November 2, 1928.]

*William P. Walter*, in *pro. per.* for appellants.

PER CURIAM.—Affirmed.

## SMITH, TRUSTEE, ETC., ET AL. *v.* WAY.

[No. 12,763. Filed March 30, 1927. Rehearing denied June 29, 1927. Transfer denied November 2, 1928.]

*Emmett S. Huggins, Jacob Morgan* and *Herbert E. Wilson*, for appellants.

*Joseph T. Markey, Eph Inman* and *Ward & Grabill*, for appellee.

PER CURIAM.—Judgment affirmed, with ten per cent. damages.

## DECKER *v.* ESTATE OF DECKER ET AL.

[No. 13,076. Filed November 14, 1928.]

*Laurent A. Douglass*, for appellant.
*Walter E. Prentice*, for appellees.

REMY, J.—Affirmed, on authority of *Home Insurance Co.* v. *Cooter* (1927), 86 Ind. App. 363, 156 N. E. 581.